## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 335 WAL 2018

           Respondent    :

                          :    Petition for Allowance of Appeal from
                          :    the Order of the Superior Court

           v.    :

RALPH LEE YENDELL,    :

           Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 29th day of January, 2019, the Petition for Allowance of Appeal is **DENIED**.